UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DONALD HARP,

                                  Plaintiff,

-against-

CITY OF NEW YORK, a municipal corporation, New York, Police Officer Keith Beddows, Badge # 11898, individually and as New York City Police Officer, John Does, individually and as police and supervisory officers of the New York City Police Department, the identity and number of whom is presently unknown,

                                  Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 4852 (AKH)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
       August 3, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Room 3-186
                                            New York, New York 10007
                                            (212) 788-8084

                                      By:  */s/ David M. Hazan*
                                              David M. Hazan (DH-8611)
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

TO:    Glenn A. Wolther, Esq. (By ECF)