

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**DAVID M. HAZAN**
*Assistant Corporation Counsel*
Tel.: (212) 788-8084
Fax: (212) 788-9776

August 3, 2007

**VIA HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date: 8/6/07

Re: <u>Donald Harp v. City of New York, et al.</u>, 07 Civ. 4852 (AKH)

Your Honor:

    I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled on August 2, 2007. The Stipulation and Order of Settlement and Discontinuance will be submitted to the Court as soon as it is executed. Additionally, the parties respectfully request that the court cancel the initial conference, scheduled for August 10, 2007, as it is no longer necessary.

    We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  Via Facsimile (212) 964-0763
     Glenn A. Wolther, Esq.
     Law Office of Glenn A. Wolther
     305 Broadway, Suite 1102
     New York, N.Y. 10007