08/08/2007  15:12

Received:
2129648763

Aug 8 2007 03:01pm
GLENN A WOLTHER

HOCCERSTEIN S,
PAGE  03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DONALD HARP.

                                                    Plaintiff,

            -against-

CITY OF NEW YORK, a municipal corporation, New York,
Police Officer Keith Beddows, Badge # 11898, individually and
as New York City Police Officer, John Does, individually and as
police and supervisory officers of the New York City Police
Department, the identity and number of whom is presently
unknown,

                                                    Defendants.

-------------------------------------------------------------------x

STIPULATION AND
ORDER OF SETTLEMENT
AND DISCONTINUANCE

07 CV 4852 (AKH)

WHEREAS, plaintiff Donald Harp commenced this action by filing a complaint on

or about June 7, 2007, alleging that defendants violated his constitutional rights; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's

allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

WHEREAS, plaintiff has authorized his counsel to settle this action on the terms set

forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and

without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

08/08/2007  15:12    Received:
                     2129640763

                                        Aug  8 2007 03:01pm
                                        GLENN A WOLTHER                    PAGE  04

2.   Defendant City of New York hereby agrees to pay plaintiff Donald Harp

the sum of *Three Thousand Dollars ($3,000.00)* in full satisfaction of all claims, including

claims for costs, fees and expenses.  In consideration for the payment of this sum, plaintiff

Donald Harp agrees to dismissal with prejudice of all claims against the individual, whether

served or not, defendants, and to release all defendants, and any present or former

employees or agents of the City of New York, and the New York City Police Department,

and the City of New York from any and all liability, claims, or rights of action under state

or federal law which were or could have been alleged by plaintiff in this action arising from

the events alleged in the complaint in this action, including claims for costs, expenses or

attorneys fees.

3.   Plaintiff Donald Harp shall execute and deliver to defendants' attorney

all documents necessary to effect this settlement, including, without limitation, a release

based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4.   Nothing contained herein shall be deemed to be an admission by

defendants that they have in any manner or way violated plaintiff's rights, or the rights of

any other person or entity, as defined in the constitutions, statutes, ordinances, rules or

regulations of the United States, the State of New York, or the City of New York or any

other rules, regulations or bylaws of any department or subdivision of the City of New

York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or

settlement negotiations.

5.   Nothing contained herein shall be deemed to constitute a policy or

practice of the City of New York, or the New York City Police Department.

08/08/2007  15:12    Received:
2129648763
Aus 8 2007 03:01pm
GLENN A WOLTHER
PAGE 85

6.    This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
        August 9, 2007

Glenn A. Wolther, Esq.
305 Broadway, Suite 1102
New York, N.Y. 10007
(212) 964-2120


By: _____
    Glenn A. Wolther, Esq.(GW-5740 )


MICHAEL A. CARDOZO
Corporation Counsel
    of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084


By: _____
    David M. Hazan (DH-5611)
    Assistant Corporation Counsel
    Special Federal Litigation Division


SO ORDERED: 8/10/07


_____
Honorable Alvin K. Hellerstein
United States District Judge, S.D.N.Y.

- 3 -